No. 83–5753. THOMAS v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–5756. REINER v. BIDLACK ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–5757. CAMPBELL v. GUY ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–5759. GRAHAM v. EAST ORANGE C. E. T. A. C. A. 9th Cir. Certiorari denied.

No. 83–5760. HILLIE v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5762. LILLEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 83–5763. GOMEZ-DIAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5766. GENTSCH v. CLARK ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5769. LONG v. RISON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–5775. O'BRIEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5777. ANDERSON v. DISTRICT COURT, IN AND FOR THE COUNTY OF JEFFERSON, COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 83–5779. THEISEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–5781. SMITH v. UNITED STATES CIVIL SERVICE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–5786. RUFF v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5798. ARNOLD v. UNITED STATES. Ct. App. D. C. Certiorari denied.